IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Corey Lee Dove 5-23-91
Doc# 446241
P.O. Box 534
Jessup MD 20794

*

*

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Patuxent Facility
P.O. Box 700
Jessup MD 20794

*

*(Full name and address of respondent)*
**Defendant(s).**

\_\_ FILED \_\_ ENTERED
\_\_ LODGED \_\_ RECEIVED

JUN 21 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case No.: DKC-18-1847
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

3. Case No.

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☒   NO ☐

   1. If you answered YES:

      a. What was the result? _Nothing changed and I was shipped to another facility_

      b. Did you appeal? _I sent an appeal with wrong form no response_

      YES ☒   NO ☐

   2. If you answered NO to either of the questions above, explain why: _The Patuxent facility refused to give an appeal form so I wrote the IGO No Response_

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)   ①

So I arrived at the Patuxent Institution in late October. When I arrived there I went to Pratice my Native American Religious Service but there wasn't one running. So I then contacted the Chaplain of the facility in writing to meet with him his name

## III. Statement of Claim

is Kenneth Ingram. So at the time I seen Mr. Ingram I was with a Native American brother Jeremy Sykes, Doc#434519 and Mr. Ingram stated to us that our service would take time to start. So Mr. Sykes and I waited for over a month untill finally Mr. Ingram got our service going. Now please take in mind as we were waiting trying to go to worship every week we got nothing but problems and disrespect thrown at us due to the fact that we were just trying to pratice our faith. For example C.O.'s would make fun of us for what we would wear, make disrespectful noise's, and really would just single you out if they knew you were Native American. Also they would say your not getting that service in this facility it was very disheartting. So Mr. Sykes and I started to write A.R.P.'s in November which like I stated in December mabye late November we finally were able to have a place to worship. Then after we got our service it seemed like the facility found every way it could to hinder our service. For example they wouldn't let us outside to pratice half hour's or even hours late so then by that time we didn't have enough time to properly run a real service for brother's or myself to send prayer's out. I then finally started writing A.R.P.'s on that and nothing changed. Then there was also a time the Patuxent facility locked down the tier I was on from 2-11-18 to 3-4-18 with no movement for an altercation that had nothing to do with me and they refused to let us have any service's, I want to include at this time my

## III. Statement of Claim

mother passed away and its very important for my people to keep this sacred and to have a ceramony for Spirts passing over. Finally we get close to the end, so the Native American faith group has to provide for themselfs. So our group was recieving donation's and ordering out of our inmate accounts to provide for the supplies needed to run our service. So what the Patuxent facility did was refused to allow our group to recieve donation's or order from our accounts now. When our group and I wrote A.R.P.'s they denied them, saying the donation's weren't sent in correctly but it was not true since the service started we were recieving all our orders the same way as long as the chaplain knew about it and it was in his name for him to recieve it it was always the same. I do truly believe this was discrimination towards our faith group, the Patuxent facility was biased towards our religious pratice's from the start of arriving at the facility, they made it hard from the start so you would give up on the service and be miserable. As all this was going on I lost a mother and a sister and I never got to truly hold a real service for them or even truly pray for them this I can never get back! I have other people as witness there locked up to so there names are Jeremy Sykes Doc#434519, Michael Graf #454-659, Kenny Kithley #445120, Nicholas Shumaker #449982, Victor Mccormick 402344, Colton Hemler 420-496, and many more brother's that Im hoping are not going through the same

III. Statement of claims

things. I do understand that the Service is disliked due to the things needed and the inconveniance it can cause but that ~~dose~~ does not make it ok to treat people unfairly and create opsticals to stop someone from praticeing there religious right. Lastly there are rules and regulations that D.o.c. have set in place for these reasons but the Patuxent facility follow's its own rules and should be held accountable. They even shiped me out of Patuxent the same day as Jeremy Sykes too no coincidance they did it to stop Native American Service!

Respectfully Written,

Corey Dove

IV. Relief
(State briefly what you want the Court to do for you.)

I'm asking for Patuxent Facility to pay $500.000 to my family and I for the Pain of loosing my mother & sister and treatment towards me. Also they always allow Native American Services. Also D.O.C. allow me to run my own Native American Service so I always have a right to pray in any facility.

SIGNED THIS 16th day of June, 2018.

_Corey D_____
Signature of Plaintiff

Corey Dove
Printed Name

P.O. Box 534 Jessup MD 20794
Address

443-273-6312 Sisters #
Telephone Number

_____
Email Address